# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KORIN RODRIGUEZ, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.  SACV 11-01276-CJC (RNBx)<br><br>Honorable Cormac J. Carney<br><br>ORDER DISMISSING FIRST AMENDED CLASS ACTION COMPLAINT WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)<br><br>Action Filed: June 17, 2011<br>Trial Date:  April 30, 2013 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/1276009.1

1  Pursuant to the parties' Joint Stipulation for Dismissal of First Amended Class
2  Action Complaint, filed on December 12, 2012, this action, and all claims asserted
3  in it, is dismissed with prejudice in its entirety, each Party to bear its own fees and
4  costs through dismissal, pursuant to Federal Rules of Civil Procedure, Rule
5  41(a)(1)(A)(ii). The matter is hereby closed.

6  **IT IS SO ORDERED**.

8  DATED: 12/13/12    By: _____
                       UNITED STATES DISTRICT JUDGE.

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/1276009.1

- 2 -

ORDER DISMISSING FAC W/ PREJUDICE
SACV 11-01276-CJC (RNBX)